# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:08CR00125-001 |
| | ) | USM No. 09053-028 |
| Walter L. Mays | ) | |

Sara Varner
Date of Previous Judgment: 12/16/2008    Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **300 months is reduced to 180 months\***.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **240 months on Count 1**   Amended Sentence: **120 months on Count 1**
Previous Supervised Release Term Imposed: **10 years**   Amended Supervised Release Term: **8 years\*\***
Previous Underlying Sentence Imposed:   Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

**\* 120 months on Count 1, and 60 months on Count 2, to be served consecutively, for a total term of 180 months.**

**\*\* 8 years on Count 1**

Except as provided above, all provisions of the judgment dated 12/16/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 6/27/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana